UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
CRIMINAL MINUTE SHEET

| USA v. | USA v. Ryan Rashad Brown, et al | | DISTRICT JUDGE: | Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:18-cr-167 | 11/4/19 | 8:45 a.m. - 9:49 a.m.<br>12:55 p.m. - 3:31 p.m.<br>3:48 p.m. - 4:10 p.m. | Kalamazoo | |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Kate Zell and Daniel McGraw | *See page 3 | |

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| __ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>  __ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes   __ No<br>Defendant informed of right to appeal:  __ Yes   __ No<br>Counsel informed of obligation to file appeal:  __ Yes   __ No<br>Conviction Information:<br>  Date: _____<br>  By: _____<br>  As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Jury Trial - day 8; continuation of the Government's presentation of evidence; the Government rests; Defendant Kolarich waives her opening statement; Defendants' Rule 29 motions, each made separately, are denied; Defendants rest; closing arguments by the Government, Defendants Brown, Carey, Nix, and Kolarich

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| * See page 3 | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |

USA v.   USA v. Ryan Rashad Brown, et al
Case No.:   1:18-cr-167
Date:   November 4, 2019

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| X |  | Joseph Young |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
|  | X |  | Exhibit C | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**

United States v. Brown, et al.

1:18-cr-167

## DEFENSE APPEARANCES

| Party | Counsel | Designation | Custody Status |
|---|---|---|---|
| Ryan Rashad Brown | John M. Karafa | CJA App't | Detention Continued |
| Douglas Emmanuel Carey, III | Mary Chartier-Mittendorf | CJA App't | Detention Continued |
| Marvin Quantez Nix | Daniel R. Fagan | CJA App't | Bond Continued |
| Salena E. Kolarich, nee Salena Sparr | Mark Dobias | CJA App't | Bond Continued |