UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                        No. 1:18-cr-00167

RYAN RASHAD BROWN,                              HON. PAUL L. MALONEY
                                                         United States District Judge

        Defendant.
_____/

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

**Question 1.** With respect to the charge in Count 1 of the Superseding Indictment, conspiracy to distribute and possess with intent to distribute cocaine and cocaine base, we find the Defendant, RYAN RASHAD BROWN:

                Not Guilty _____     Guilty __X__

If you answered Not Guilty in response to Question 1 for Defendant RYAN RASHAD BROWN, skip Question 1(a) and proceed to Question 2.

If you answered Guilty in response to Question 1 for Defendant RYAN RASHAD BROWN, proceed to Question 1(a).

**Question 1(a).** With respect to Count 1, indicate the amount of cocaine you find beyond a reasonable doubt was attributable to RYAN RASHAD BROWN as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him by checking one of the lines below:

_____ Less than 500 grams of cocaine

\_\_\_X_____ 500 grams or more of cocaine

**Question 2.** With respect to the charge in Count 5 of the Superseding Indictment, possession with intent to distribute cocaine on or about April 8, 2018, we find the Defendant RYAN RASHAD BROWN:

Not Guilty _____ Guilty \_\_X\_\_\_\_\_

**Question 3.** With respect to the charge in Count 12 of the Superseding Indictment, possession with intent to distribute cocaine on or about May 7, 2018, we find the Defendant RYAN RASHAD BROWN:

Not Guilty _____ Guilty \_\_X\_\_\_\_\_

If you answered Not Guilty in response to Question 3, sign and date the form and proceed to your determination of the next defendant. If you answered Guilty in response to Question 3, proceed to Question 3(a).

**Question 3(a).** With respect to Count 12, indicate the amount of cocaine you find beyond a reasonable doubt was attributable to RYAN RASHAD BROWN as a result of his own conduct:

| | |
|---|---|
| _____ | Less than 500 grams of cocaine |
| \_\_\_X\_\_\_ | 500 grams or more of cocaine |

Dated: __11/5/19__

_____
JURY FOREPERSON