UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:18–cr–167

   v.                               Hon. Paul L. Maloney

RYAN RASHAD BROWN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  March 9, 2020   10:00 AM
District Judge:  Paul L. Maloney
Place/Location:  174 Federal Building, Kalamazoo, MI

                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  November 6, 2019      By:  /s/ Amy C. Redmond
                                        Case Manager