United States District Court

Western District Of Michigan

Southern Division

---

United States of America,

    Plaintiff,

vs.

Ryan Brown,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:18-CR-167

## CERTIFICATE IN ACCORDANCE WITH LOCAL CRIMINAL RULE 12.4

    Attorney John M. Karafa attempted to contact the Assistant United States Attorney, Kate Zell, regarding Defendant's Renewed Rule 29 Motion for Judgment of Acquittal, via telephone on November 19, 2019.  Attorney Karafa has been unable to make contact with Ms. Zell and has left her a voicemail message.

    Respectfully Submitted,

Dated: November 19, 2019

/s/ John M. Karafa
John M. Karafa
Attorney for Defendant Ryan Brown